**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CARL DOUGLAS NECAISE** **PETITIONER**

**v.** **CIVIL ACTION NO. 1:25-cv-181-TBM-BWR**

**SHERIFF MATT HALEY** **RESPONDENT**

**FINAL JUDGMENT**

For the reasons stated in the Order entered this same day, Carl Douglas Necaise's Petition for Writ of Habeas Corpus [7] is moot. This CASE is CLOSED.

THIS, the 8th day of September, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE